Leigh O. Curran (# 173322)
  lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. FIORILLI,,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | CASE NO.: 4-14-CV-00557-DMR<br>[The Honorable Donna M. Ryu]<br><br>**ORDER RE: WELLS FARGO BANK, N.A.'S REQUEST FOR TELEPHONIC APPEARANCE AT CMC**<br><br>Date: July 31, 2014<br>Time: 11:00 a.m.<br>Ctrm: 4, 3rd floor |

The Court has considered the request of Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") for permission for its counsel to appear by telephone at the case management conference currently set for July 31, 2014, at 11:00 a.m.

GOOD CAUSE APPEARING THEREFOR, the request is GRANTED. Counsel must follow the protocol set forth in the attached Notice re: Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

Date: 4/30/2014

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE