Andy Winchell (SBN 185252)
andy@winchlaw.com
Law Offices of Andy Winchell, P.C.
45 River Road, Suite 3
Summit, New Jersey 07901
Telephone No. (973) 457-4710

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Carol A. Fiorilli, | ) | Case No.: 14-cv-00557 DMR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| Wells Fargo Bank, N.A., | ) | |
| Defendant | ) | DATE: July 31, 2014<br>TIME: 11:00 a.m.<br>CTRM: 4, 3rd floor |

    The Plaintiff Carol A. Fiorilli (hereinafter the "Plaintiff") has requested that her counsel, the Law Offices of Andy Winchell, P.C., be permitted to appear telephonically at the above-referenced case management conference; and

    Good cause appearing, IT IS HEREBY ORDERED THAT:

1

1. Plaintiff's counsel may appear telephonically at the case management conference currently scheduled for July 31, 2014, at 11:00 a.m. Counsel must follow the protocol set forth on the attached Notice re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.

Dated: 4/30/2014

Hon. Donna M. Ryu
United States Magistrate Judge