IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | No. 3:09-MD-02015 RS<br><br>**ORDER** |
| This document relates to: *ALL CASES* | |
| CAROL A. FIORILLI,<br><br>        Plaintiff,<br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant._____/ | No. 4:14-CV-00557-DMR |

On May 1, 2014, plaintiff Carol Fiorilli and defendant Wells Fargo Bank, N.A., filed a stipulation and proposed order to relate the case entitled *Carol Fiorilli v. Wells Fargo Bank, N.A.,* Case No. 4:14-CV-00557-DMR to the case entitled *In re: Wachovia Corp. "Pick-a-Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. 3:09-MD-02015-RS. The proposed order to relate these cases is hereby denied. In the complaint, Fiorilli alleges that she is a settlement class member entitled to enforce the class action settlement agreement that was reached in Case No. 3:09-md-02015-RS and that Wells Fargo violated that agreement.

Fiorilli also brings a claim for violation of the Fair Debt Collection Practices Act.  Although there may be some nexus between Fiorilli's claims and the parties and transaction at issue in Case No. 3:09-md-02015-RS, it is not clear at this juncture whether Fiorilli's claims are limited to enforcement of the settlement or whether she is asserting independent grounds for relief.

     This order is without prejudice to a determination by the presiding judge in that matter that any or all of the claims cannot be brought independently and should therefore be dismissed and brought as a motion for relief in Case No. 3:09-MD-02015-RS.  Any such motion for relief must be made in coordination with class counsel.

     IT IS SO ORDERED.

DATED:   May 7, 2014

_____
RICHARD SEEBORG
United States District Judge

No. 3:09-MD-02015 RS
ORDER

2