```
1  Andy Winchell (SBN 185252)
   andy@winchlaw.com
2  Law Offices of Andy Winchell, P.C.
   45 River Road, Suite 3
3  Summit, New Jersey 07901
   Telephone No. (973) 457-4710
4
   Attorney for Plaintiff Carol A. Fiorilli
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 Carol A. Fiorilli,              )  Case No.: 14-cv-00557
                                   )
12           Plaintiff,            )  DECLARATION OF ANDY
                                   )  WINCHELL IN SUPPORT OF
13 vs.                             )  SUPPLEMENTAL OPPOSITION TO
                                   )  MOTION TO DISMISS COMPLAINT
14 Wells Fargo Bank, N.A.,         )
                                   )
15           Defendant             )
                                   )
16
17
18       I, Andy Winchell, being of full age, certify as follows:
19       1.    I am the attorney for Plaintiff Carol A. Fiorilli (the "Plaintiff") and I make
20 this certification in support of the Plaintiff's Supplemental Opposition to Motion to
21 Dismiss Complaint (the "Motion").
22       2.    On May 29, 2014, I deposed the Defendant in connection with the
23 Defendant's foreclosure case against the Plaintiff's property in Far Hills, New Jersey.
24 Attached hereto as Exhibit A is a true and correct copy of the deposition transcript that I
25 recently received from the court reporter.
26
27
```

1  I certify that the foregoing statements made by me are true. I am aware that if
2  any of the foregoing statements made by me are willfully false, I am subject to
3  punishment.
4
5  Dated this the 24th day of July, 2014.
6
7  /s/ Andy Winchell
   Andy Winchell (SBN 185252)
8  Law Offices of Andy Winchell, P.C.
   45 River Road, Suite 3
9  Summit, New Jersey 07901
   973-457-4710
10 andy@winchlaw.com
11 Attorney for the Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Summit, New Jersey; my business address is Law Offices of Andy Winchell, P.C., 45 River Road, Summit, New Jersey 07901.

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF ANDY WINCHELL IN SUPPORT OF SUPPLEMENTAL OPPOSITION TO MOTION TO DISMISS COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Counsel for Defendant*

Leigh O. Curran
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP,
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459.

**Served By Means Other Than Electronically Via the Court's CM/ECF System: Electronic Mail**

*Counsel for Defendant*

Leigh O. Curran
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP,
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459.
Email: lcurran@afrct.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Summit, New Jersey on July 24, 2014.

| Katharine E. Bryson | /s/ Katharine E. Bryson |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |