UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROL A FIORILLI,                                    No. C-14-00557 DMR

    Plaintiff(s),                                        **JUDGMENT**

  v.

WELLS FARGO BANK NA,

    Defendant(s).
_____/

    This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendant's motion to dismiss [Docket No. 35],

    It is Ordered and Adjudged that Plaintiffs take nothing, and that the action be **dismissed**.

    IT IS SO ORDERED.

Dated: October 27, 2014

DONNA M. RYU
United States Magistrate Judge